# Office of the Chapter 13 Standing Trustee

### Isabel C. Balboa, Chapter 13 Standing Trustee†

Jane L. McDonald, Counsel
Raymond H. Shockley, Jr. Staff Attorney
Jennifer R. Gorchow, Staff Attorney

Kelleen E. Stanley*
Jennie P. Archer*
Jenai M. Cerquoni*

*Certified Bankruptcy Assistant
†Fellow, American College of Bankruptcy

October 12, 2016

Scott H. Marcus, Esquire
121 Johnson Road
Turnersville, NJ  08012

RE:    **CHAPTER 13 BANKRUPTCY**
CASE NO.:  12-29383 JNP
DEBTOR(S) NAME:  Shawn A. and Kashia L. Marshall

Dear Mr. Marcus:

    Debtor(s)' Trustee payments under the current wage order need to be adjusted. Debtor(s)' plan payments under the plan in the arrears in the amount of $476.00. The wage order in place must be adjusted to capitalize the arrears over the remaining term of Debtor(s)' Chapter 13 Plan.

    Kindly file an amended wage order, execute the attached Stipulation Adjusting Trustee Payments and return the original to this office so that it may be filed with the Court. Please be advised that if Debtor(s) fail to respond to this letter within twenty (20) days, the Trustee may move to dismiss this case.

    Please feel free to contact me with any questions.

Very truly yours,

OFFICE OF THE CHAPTER 13
STANDING TRUSTEE

/s/ Isabel C. Balboa

ISABEL C. BALBOA
Standing Trustee

ICB:lka
Enclosure(s)

c:    Shawn A. & Kashia L. Marshall
7 Phoenix Court
Sewell, NJ  08080

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | | |
| Scott H. Marcus, Esquire<br>Scott H. Marcus & Associates, P.C.<br>121 Johnson Road<br>Turnersville, NJ 08012<br>856-227-0800<br>856-227-7939 Fax<br>Attorney for Debtor | | |
| In Re:<br><br>Shawn A. and Kashia L. Marshall | Case No.:<br><br>Hearing Date:<br><br>Judge: | 12-29383 JNP<br><br><br><br>Jerrold N. Poslusny, Jr. |

# ORDER TO EMPLOYER TO PAY TO THE
# CHAPTER 13 TRUSTEE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

The above-named debtor has filed a proceeding under Chapter 13 of Title 11 of the United States Code. The debtor's future earnings have been submitted to the jurisdiction of this Court, in furtherance of the debtor's Chapter 13 plan.

NOW, THEREFORE, PURSUANT TO 11 U.S.C. § 1325(C) AND § 105, IT IS ORDERED that, until further order of this Court, the employer or other party providing income to said debtor shall deduct from the earnings or income of said debtor the following sums each pay period, beginning on the next pay day following receipt of this order, and shall deduct the same amount for each pay period thereafter, including any period for which the debtor receives periodic or lump sum payment for or on account of vacation, termination or other benefits, arising out of present or past employment of the debtor, and to forthwith remit the sum so deducted to the Chapter 13 Standing Trustee.

**Debtor's Employer and Address:**
Aerotek Inc.
Attn: Garnishments Department
7301 Parkway Drive
Hanover, MD 21076

**Trustee to Whom Payments Must be Forwarded (and Address):**
Isabel C. Balboa
Chapter 13 Trustee
P.O. Box 1978
Memphis, TN 38101-1978

**Amount to be Deducted and Paid Per Pay Period:**
☑ Monthly   ☐ Bi-Weekly   ☐ Weekly   $        253.00

IT IS FURTHER ORDERED that the employer or other party making payments shall note the debtor's name and bankruptcy case number on the checks to the trustee.

IT IS FURTHER ORDERED that said employer or other party shall notify said trustee and mortgagee(s) if the earnings or income of said debtor are terminated, and the reasons for such termination.

2

IT IS FURTHER ORDERED that all earnings and wages of the debtor, except the amounts required to be withheld by the provisions of any laws of the United States, the laws of any State or political subdivision, or by any insurance, pension or union dues agreement between employer and the debtor, or by the order of this court, shall be paid to the debtor in accordance with employer's usual payroll procedure.

IT IS FURTHER ORDERED that no deduction for or on account of any garnishment, wage assignment, credit union or other purpose not specifically authorized by this Court shall be made from the earnings of said debtor.

IT IS FURTHER ORDERED that an order dismissing the debtor's bankruptcy case shall constitute a termination of the requirement to make payments under this order.

IT IS FURTHER ORDERED that this order supersedes previous orders, if any, made to the subject employer or other party in this cause.

IT IS FURTHER ORDERED that the attorney for the debtor shall serve copies of this order on the employer or other party, the trustee, and the mortgagee(s) within seven (7) days.

**IT IS A VIOLATION OF 15 U.S.C. § 1674 AND N.J.S.A. 2A:170-90.4 FOR AN EMPLOYER TO DISCHARGE AN EMPLOYEE OR TAKE ANY OTHER DISCIPLINARY ACTION BECAUSE OF A WAGE GARNISHMENT. AN EMPLOYER VIOLATING SAID STATUTES IS SUBJECT TO FINES AND IMPRISONMENT.**

*rev.12/1/09*

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*<br>**Isabel C. Balboa, Esquire (IB 4082)**<br>**Cherry Tree Corporate Center**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, New Jersey 08002**<br>**(856) 663-5002** | |
|---|---|
| In Re:<br><br>Shawn A. and Kashia L. Marshall,<br><br>Debtor. | Case No.   12-29383   JNP<br><br>Judge:   Jerrold N. Poslusny, Jr.<br><br>**STIPULATION ADJUSTING<br>TRUSTEE PAYMENTS** |

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow:

1.  Debtor's case be and is hereby allowed to continue at $9,454.00 total receipts applied to plan, then $253.00 for the remaining ten(10) months with an amended wage order commencing November 1, 2016, for a total of sixty (60) months.

2.  **An amended Order to Employer to pay the Chapter 13 Trustee shall be prepared and filed with the court by the debtor(s) or debtor(s)' attorney, if any, within thirty (30) days from the date of this Stipulation.**

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on October 4, 2012 remain in effect.

_____           _____
Scott H. Marcus, Esquire                              Isabel C. Balboa,
Attorney for Debtor                                        Chapter 13 Standing Trustee

Dated:                                                              Dated:

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**
For the period 08/03/2012 to 10/12/2016

**Chapter 13 Case No.: 12-29383 (JNP)**

Re: SHAWN A. MARSHALL & KASHIA L. MARSHALL        Attorney: LAW OFFICE OF SCOTT H. MARCUS &
7 PHOENIX COURT                                   ASSOCIATES 121 JOHNSON ROAD
SEWELL, NJ 08080                                  TURNERSVILLE, NJ 08012

Petition Date: 08/03/2012    Last Disbursement Date: 10/06/2016    Months from Petition Date: 50
341 § (a) Date: 09/06/2012   Confirmation Date: 10/03/2012         Judge: Jerrold N. Poslusny Jr.

## SUMMARY

Summary of all receipts and disbursements from August 03, 2012 to and including October 12, 2016.

| | | |
|---|---|---|
| Payments Due: $9,930.00 | Paid to Claims: $8,726.18 | Total Unpaid**: $72,335.52 |
| Receipts: $9,454.00 | Trustee Costs Paid: $630.75 | Current Monthly Payment: $205.00 |
| Arrearages: $476.00 | Funds on Hand: $97.07 | Base Amount: $11,980.00 |
| Trustee Percentage: 7.80% | Plan Type: Base Plan | Bal. Remaining: $2,526.00 |

Comment: Reinstated 03/05/2014

## RECEIPTS

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/05/2012 | 19482821910 | $250.00 | 10/09/2012 | 20393488618 | $250.00 | 11/14/2012 | 202825190337 | $250.00 |
| 12/11/2012 | 20374099042 | $350.00 | 01/23/2013 | 1188054801 | $350.00 | 02/26/2013 | 14607285787 | $350.00 |
| 03/22/2013 | 20732070508 | $350.00 | 04/18/2013 | 20732074492 | $350.00 | 05/17/2013 | 21061506780 | $175.00 |
| 06/24/2013 | 14667370184 | $175.00 | 07/23/2013 | 1263673098 | $175.00 | 09/03/2013 | 1263675861 | $175.00 |
| 10/29/2013 | 1273105332 | $175.00 | 02/12/2014 | 1303183368 | $200.00 | 03/12/2014 | 1303187067 | $205.00 |
| 03/18/2014 | 1786073 | $52.50 | 04/01/2014 | 1847069 | $52.50 | 04/01/2014 | 335429 | $50.00 |
| 04/15/2014 | 1908667 | $52.50 | 04/15/2014 | 337488 | $50.00 | 04/29/2014 | 339553 | $50.00 |
| 04/29/2014 | 1973462 | $52.50 | 05/14/2014 | 341588 | $50.00 | 05/16/2014 | 2040919 | $52.50 |
| 05/28/2014 | 2104649 | $52.50 | 05/28/2014 | 343494 | $50.00 | 06/10/2014 | 2170444 | $52.50 |
| 06/13/2014 | 345360 | $50.00 | 06/20/2014 | 2233189 | $52.50 | 06/24/2014 | 347188 | $50.00 |
| 07/08/2014 | 2307113 | $52.50 | 07/08/2014 | 349084 | $50.00 | 07/21/2014 | 351015 | $50.00 |
| 07/22/2014 | 2370589 | $52.50 | 08/05/2014 | 2438661 | $52.50 | 08/05/2014 | 352857 | $50.00 |
| 08/19/2014 | 354746 | $50.00 | 08/19/2014 | 2501771 | $52.50 | 09/03/2014 | 2573962 | $52.50 |
| 09/04/2014 | 356685 | $50.00 | 09/17/2014 | 2638368 | $52.50 | 09/22/2014 | 360962 | $50.00 |
| 10/01/2014 | 2702394 | $52.50 | 10/01/2014 | 363068 | $50.00 | 10/17/2014 | 365250 | $50.00 |
| 10/21/2014 | 2768034 | $52.50 | 10/28/2014 | 2836089 | $52.50 | 10/29/2014 | 367334 | $50.00 |
| 11/10/2014 | 2904154 | $52.50 | 11/13/2014 | 369422 | $50.00 | 11/24/2014 | 2971073 | $52.50 |
| 11/26/2014 | 371523 | $50.00 | 12/09/2014 | 3045593 | $52.50 | 12/11/2014 | 373679 | $50.00 |
| 12/22/2014 | 3132407 | $52.50 | 12/23/2014 | 375856 | $50.00 | 01/06/2015 | 3224172 | $52.50 |
| 01/06/2015 | 377994 | $50.00 | 01/21/2015 | 3289674 | $52.50 | 01/21/2015 | 380132 | $50.00 |
| 02/03/2015 | 3360611 | $52.50 | 02/03/2015 | 382207 | $50.00 | 02/18/2015 | 100043083 | $52.50 |
| 02/19/2015 | 384240 | $50.00 | 03/06/2015 | 386342 | $50.00 | 03/17/2015 | 100179685 | $52.50 |
| 03/17/2015 | 388460 | $50.00 | 03/30/2015 | 100248873 | $52.50 | 04/01/2015 | 390446 | $50.00 |
| 04/14/2015 | 392518 | $50.00 | 04/15/2015 | 100319266 | $52.50 | 04/27/2015 | 100393343 | $52.50 |
| 04/28/2015 | 394598 | $50.00 | 05/12/2015 | 100470506 | $52.50 | 05/12/2015 | 396652 | $50.00 |


**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**  Page 2 of 5
For the period  to
Chapter 13 Case No.: 12-29383 (JNP)

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| 05/27/2015 | 100555026 | $52.50 | 05/27/2015 | 398756 | $50.00 | 06/02/2015 | 100109412 | $52.50 |
| 06/09/2015 | 100628641 | $52.50 | 06/11/2015 | 400828 | $50.00 | 06/23/2015 | 402809 | $50.00 |
| 06/25/2015 | 100703960 | $52.50 | 07/07/2015 | 10078481 | $52.50 | 07/09/2015 | 404799 | $50.00 |
| 07/21/2015 | 100862892 | $52.50 | 07/21/2015 | 406823 | $50.00 | 08/05/2015 | 408794 | $50.00 |
| 08/06/2015 | 100939701 | $52.50 | 08/18/2015 | 101019536 | $52.50 | 08/24/2015 | 410702 | $50.00 |
| 09/01/2015 | 101095302 | $52.50 | 09/02/2015 | 412577 | $50.00 | 09/16/2015 | 101175601 | $52.50 |
| 09/17/2015 | 414448 | $50.00 | 09/29/2015 | 101247986 | $52.50 | 09/30/2015 | 416321 | $50.00 |
| 10/14/2015 | 418206 | $50.00 | 10/14/2015 | 20759086 | $52.50 | 10/27/2015 | 20863249 | $52.50 |
| 11/10/2015 | 20962913 | $52.50 | 11/23/2015 | 2571869000 | $54.00 | 11/24/2015 | 21061419 | $52.50 |
| 12/08/2015 | 21170525 | $52.50 | 12/22/2015 | 21297752 | $52.50 | 01/05/2016 | 21419680 | $52.50 |
| 01/20/2016 | 21514402 | $52.50 | 02/02/2016 | 21620749 | $52.50 | 02/17/2016 | 21722869 | $52.50 |
| 03/01/2016 | 21822666 | $52.50 | 03/15/2016 | 21922781 | $52.50 | 03/29/2016 | 22024796 | $52.50 |
| 04/12/2016 | 22125823 | $52.50 | 04/26/2016 | 22228381 | $52.50 | 05/12/2016 | 22332607 | $52.50 |
| 05/24/2016 | 22438771 | $52.50 | 06/07/2016 | 22549466 | $52.50 | 06/21/2016 | 22648678 | $52.50 |
| 07/06/2016 | 22753836 | $52.50 | 07/19/2016 | 22861337 | $52.50 | 08/02/2016 | 22969754 | $52.50 |
| 08/16/2016 | 23075908 | $52.50 | 08/30/2016 | 23180672 | $52.50 | 09/13/2016 | 23289818 | $52.50 |
| 09/27/2016 | 23385450 | $52.50 | 10/12/2016 | 23484527 | $52.50 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Total Receipts:** | | $9,454.00 | **Amount Refunded to Debtor:** | | $0.00 | **Receipts Applied to Plan:** | | $9,454.00 |

TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS  Page 3 of 5
For the period  to
Chapter 13 Case No.: 12-29383 (JNP)

## CLAIMS LISTING

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Unpaid |
|---|---|---|---|---|---|
| 0 | SHAWN A. MARSHALL | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | Affiliated | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | AFNI, INC. | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | APEX ASSET MANAGEMENT, LLC | Unsecured Creditors | $280.00 | $0.00 | $280.00 |
| 4 | AR RESOURCES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | NEW PENN FINANCIAL, LLC »» AMENDED 9/26/2013; Loan Mod 3/24/2016 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 6 | NJFSPC »» PAID OUTSIDE | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 7 | PENNCO TECHNICAL BLACKWOOD | Unsecured Creditors | $1,250.00 | $0.00 | $1,250.00 |
| 8 | FINANCIAL RECOVERIES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | PREMIER BANKCARD | Unsecured Creditors | $450.82 | $0.00 | $450.82 |
| 10 | HSBC BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | Hsbc/Tax | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | IC SYSTEM, INC. | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | AMERICAN INFOSOURCE, LP | Unsecured Creditors | $144.77 | $0.00 | $144.77 |
| 14 | INSOLVE RECOVERY, LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | NCO FIN/33 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | NJSDSS-015 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | PINNACLE FINANCIAL GRO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | POWERS KIRN, LLC | | $0.00 | $0.00 | $0.00 |
| 20 | QUALITY ASSET RECOVERY, LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured Creditors | $181.41 | $0.00 | $181.41 |
| 22 | U S DEPT OF ED/FISL/AT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | University Of Phoenix | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | U.S. DEPARTMENT OF EDUCATION | Unsecured Creditors | $12,198.39 | $0.00 | $12,198.39 |
| 25 | Us Dept Of Education | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | WASHINGTON TOWNSHIP DENTAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | ZAHKIYAH DIXON | | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICE OF SCOTT H. MARCUS & ASSOCIATES | Attorney Fees | $1,894.00 | $1,894.00 | $0.00 |
| 31 | AFNI, INC. | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | AFNI, INC. | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 33 | APEX ASSET MANAGEMENT, LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 34 | APEX ASSET MANAGEMENT, LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 35 | FINANCIAL RECOVERIES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 36 | FINANCIAL RECOVERIES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 37 | FINANCIAL RECOVERIES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 38 | U.S. DEPARTMENT OF EDUCATION | Unsecured Creditors | $35,730.96 | $0.00 | $35,730.96 |
| 39 | U S DEPT OF ED/FISL/AT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 40 | U S DEPT OF ED/FISL/AT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 41 | U S DEPT OF ED/FISL/AT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 42 | U S DEPT OF ED/FISL/AT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 43 | U S DEPT OF ED/FISL/AT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 44 | U.S. DEPARTMENT OF EDUCATION | Unsecured Creditors | $1,261.69 | $0.00 | $1,261.69 |
| 45 | Us Dept Of Education | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 46 | BANK OF AMERICA, N.A. | Unsecured Creditors | $4,488.00 | $0.00 | $4,488.00 |
| 47 | PALISADES ACQUISITION IX, LLC | Unsecured Creditors | $147.13 | $0.00 | $147.13 |
| 48 | CAPITAL ONE BANK USA, N.A. | Unsecured Creditors | $417.64 | $0.00 | $417.64 |
| 49 | DEPARTMENT OF THE TREASURY | Secured Creditors | $1,886.60 | $1,886.60 | $0.00 |
| 50 | DEPARTMENT OF THE TREASURY | Priority Crediors | $4,450.55 | $3,645.58 | $804.97 |
| 51 | DEPARTMENT OF THE TREASURY | Unsecured Creditors | $8,827.96 | $0.00 | $8,827.96 |
| 52 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Unsecured Creditors | $509.61 | $0.00 | $509.61 |

# TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

For the period to
**Chapter 13 Case No.: 12-29383 (JNP)**

Page 4 of 5

| | | | | | |
|---|---|---|---|---|---|
| 0 | LAW OFFICE OF SCOTT H. MARCUS & ASSOCIATES | Attorney Fees | $800.00 | $800.00 | $0.00 |
| 0 | LAW OFFICE OF SCOTT H. MARCUS & ASSOCIATES | Attorney Fees | $500.00 | $500.00 | $0.00 |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**    Page 5 of 5
For the period  to
**Chapter 13 Case No.: 12-29383 (JNP)**

** NOTE:   Do not pay off your plan early without consulting your attorney. The claim balance does NOT represent the payoff amount for your case.

** NOTE:   Your case information is available at the National Data Center. Please visit www.13datacenter.com and click on the link for new debtor access.

** NOTE:   This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.

Dated: 10/12/2016  1:51 pm
By:

