Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  12−29383−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Shawn A Marshall
7 Phoenix Court
Sewell, NJ 08080

Kashia L Marshall
aka Kashia L Harris
7 Phoenix Court
Sewell, NJ 08080

Social Security No.:
    xxx−xx−4508

    xxx−xx−5501

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
    Debtor and Joint Debtor was entered on November 17, 2017.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding
fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from
the date of this Order.

Dated: November 17, 2017
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 12-29383-JNP
Shawn A Marshall                                                                                          Chapter 13
Kashia L Marshall
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2                    Date Rcvd: Nov 17, 2017
                             Form ID: 148          Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2017.
```
db/jdb       +Shawn A Marshall,    Kashia L Marshall,    7 Phoenix Court,    Sewell, NJ 08080-2236
513258864    +Apex Asset Management,    1891 Santa Barbara Dr St,    Lancaster, PA 17601-4106
513509126     Apex Asset Management,    P.O. Box 5407,    Lancaster PA 17606-5407
513258865    +Ar Resources Inc.,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
513292740     Bank of America N.A.,    Loss/Recovery,    4161 Piedmont Parkway,    NC4 105 03 14,
              Greensboro, NC 27410
513258867     Camden Cty Probation,    Market Street,    Camden, NJ 08101
513258868    ++FAME,    6451 N FEDERAL HIGHWAY,    STE 501,    FORT LAUDERDALE FL 33308-1488
             (address filed with court: Fame,    6451 N Federal Hwy,    Fort Lauderdale, FL 33308)
513258869    +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
513306778     Great Lakes Educational Loan Services,    Claims Filing Unit,    PO Box 8973,
              Madison, WI 53708-8973
513258876    +Nco Fin/33,    Po Box 13584,    Philadelphia, PA 19101-3584
515717590     New Penn Financial, LLC d/b/a Shellpoint Mortgage,    c/o Shellpoint Mortgage Servicing,
              PO Box 10826,    Greenville, SC 29603-0826
513258877     Njsdss-015,    P.O. Box 638,    Woodbury, NJ 08096-7638
513298496    +Pennco Technical/Blackwood,    FAME,    645 N. Federal Hwy., Ste. 501,
              Ft. Lauderdale, FL 33304-4645
513258880    +Powers Kirn, LLC,    728 Marne Highway,    Suite 200,    Moorestown, NJ 08057-3128
513258881    +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
513258882    +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
513258883    +U S Dept Of Ed/Fisl/At,    Po Box 2287,    Atlanta, GA 30301-2287
513258885    +Us Dept Of Ed/Glelsi,    2401 International Ln,    Madison, WI 53704-3121
513258886    +Us Dept Of Education,    Po Box 5609,    Greenville, TX 75403-5609
513258887    +Washington Twp Dental,    4161 Hurffville Crosskeys,    Sewell, NJ 08080-2325
513531205    +ZAHKIYAH DIXON,    CAMDEN CO PROBATION DEPARTMENT,    PO BOX 8107,    CHERRY HILL NJ 08002-0107
513258888    +Zahkiyah Dixon,    720 Ware Street,    Camden, NJ 08104-2278
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 17 2017 23:30:37    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 17 2017 23:30:33    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
513258862     E-mail/Text: aacbankruptcynotice@affiliated.org Nov 17 2017 23:31:06    Affiliated,
              PO Box 790001,    Sunrise Beach, MO 65079-9001
513258863    +EDI: AFNIRECOVERY.COM Nov 17 2017 23:18:00    Afni, Inc.,    Po Box 3427,
              Bloomington, IL 61702-3427
513276721     EDI: AIS.COM Nov 17 2017 23:18:00    American InfoSource LP as agent for,
              Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
513258866    +EDI: BANKAMER.COM Nov 17 2017 23:19:00    Bank Of America, N.A.,    450 American St,
              Simi Valley, CA 93065-6285
513531207    +EDI: BANKAMER.COM Nov 17 2017 23:19:00    Bank of America, N.A.,
              Bankruptcy Department, Mail Stop CA6-919,    400 National Way,    Simi Valley, CA 93065-6414
513337430     EDI: CAPITALONE.COM Nov 17 2017 23:19:00    Capital One Bank (USA), N.A.,    PO Box 71083,
              Charlotte, NC  28272-1083
513258870    +EDI: AMINFOFP.COM Nov 17 2017 23:18:00    First Premier Bank,    601 S Minnesota Ave,
              Sioux Falls, SD 57104-4868
513258871    +EDI: HFC.COM Nov 17 2017 23:19:00    Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
513258872     EDI: HFC.COM Nov 17 2017 23:19:00    Hsbc/Tax,    Po Box 15524,    Wilmington, DE 19850
513258873    +EDI: IIC9.COM Nov 17 2017 23:19:00    Ic Systems Inc,    Po Box 64378,
              Saint Paul, MN 55164-0378
513552931     E-mail/Text: bknotice@crgofusa.com Nov 17 2017 23:31:05
              InSolve Recovery, LLC, c/o Capital Recovery Group,,    Dept 3203,    PO BOX 123203,
              DALLAS, TX 75312-3203
513476681     EDI: IRS.COM Nov 17 2017 23:19:00    Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA 19101-7346
513426270     EDI: JEFFERSONCAP.COM Nov 17 2017 23:19:00    Jefferson Capital Systems LLC,    PO BOX 7999,
              SAINT CLOUD MN 56302-9617
513258874    +EDI: MID8.COM Nov 17 2017 23:18:00    Midland Credit Mgmt In,    8875 Aero Dr,
              San Diego, CA 92123-2255
513258875    +E-mail/Text: bankruptcydepartment@tsico.com Nov 17 2017 23:31:23    Nco Fin 02,
              507 Prudential Rd,    Horsham, PA 19044-2308
513509836     EDI: PRA.COM Nov 17 2017 23:18:00    Portfolio Recovery Associates, LLC,
              c/o Orchard Bank/Non Prime,    PO Box 41067,    Norfolk VA 23541
513335360     E-mail/Text: ebn@vativrecovery.com Nov 17 2017 23:30:19    Palisades Acquisition IX, LLC,
              Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX, L,
              PO Box 40728,    Houston TX 77240-0728
513258878    +EDI: PINNACLE.COM Nov 17 2017 23:19:00    Pinnacle Financial Gro,    7825 Washington Ave S St,
              Minneapolis, MN 55439-2430
513258879    +EDI: PRA.COM Nov 17 2017 23:18:00    Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,
              Norfolk, VA 23502-4952
```

District/off: 0312-1          User: admin          Page 2 of 2          Date Rcvd: Nov 17, 2017
                             Form ID: 148          Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513380699      +E-mail/Text: csidl@sbcglobal.net Nov 17 2017 23:31:05        Premier Bank Card,   PO Box 2208,
                 Vacaville CA 95696-8208
513630880       EDI: ECMC.COM Nov 17 2017 23:18:00      U S Department of Education,   P O Box 65128,
                 St. Paul, MN 55165
513258884      +E-mail/Text: External.Collections@phoenix.edu Nov 17 2017 23:31:22       University Of Phoenix,
                 4615 E Elwood St Fl 3,   Phoenix, AZ 85040-1908
                                                                                    TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515717591       New Penn Financial, LLC d/b/a Shellpoint Mortgage,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,   Greenville, SC 29603-0826,    New Penn Financial, LLC d/b/a Shellpoint,
                 c/o Shellpoint Mortgage Servicing
                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2017 at the address(es) listed below:
          Carrie J. Boyle    on behalf of Joint Debtor Kashia L Marshall cboyle@mpadlaw.com,
          cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cge
          tz@mpadlaw.com;r62202@notify.bestcase.com
          Carrie J. Boyle    on behalf of Debtor Shawn A Marshall cboyle@mpadlaw.com,
          cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cge
          tz@mpadlaw.com;r62202@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor   New Penn Financial, LLC Et Al...
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
          Isabel C. Balboa (NA)   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor   New Penn Financial, LLC Et Al...
          jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Scott H. Marcus    on behalf of Debtor Shawn A Marshall smarcus@marcuslaw.net,
          scottmarcusecf@gmail.com,plaws@marcuslaw.net,ddemeo@marcuslaw.net
          Scott H. Marcus    on behalf of Joint Debtor Kashia L Marshall smarcus@marcuslaw.net,
          scottmarcusecf@gmail.com,plaws@marcuslaw.net,ddemeo@marcuslaw.net
          William M. E. Powers, III    on behalf of Creditor   Bank of America, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor   Bank of America, N.A. ecf@powerskirn.com
                                                                          TOTAL: 12